AO 94 (10/82)

# COMMITMENT TO ANOTHER DISTRICT
(Rule 40, Federal Rules of Criminal Procedure)

**United States District Court**

**DISTRICT:** Eastern District of California

FILED
NOV 20 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

| UNITED STATES OF AMERICA V. | DOCKET NO. |
|---|---|
| Cesar Delgado-Carrion | MAGISTRATE CASE NO. 1:07-MJ-273 DLB |

CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN
☒ indictment   ☐ information   ☐ complaint   ☐ Other (specify)

charging a violation of  21  U.S.C. § 841(a)(1)

**DISTRICT OF OFFENSE:** Southern District of California

**DATE OF OFFENSE:** 11-16-07

**DESCRIPTION OF CHARGES:**

Possession of Marijuana with Intent to Distribute

**BOND IS FIXED AT** $ Ordered Detained

DISTRICT: Eastern District

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

11/20/07
Date

DENNIS L. BECK, U.S. Magistrate Judge

**RETURN**

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |